# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162507-8

ALIAMA X. SCHAUMANN-BELTRAN,
         Plaintiff-Appellant,

v                                                    SC: 162507
                                                     COA: 347683
                                                     Washtenaw CC: 17-000132-NH
JOSEPH GEMMETE, M.D.,
         Defendant-Appellee.

_____/

ALIAMA X. SCHAUMANN-BELTRAN,
         Plaintiff-Appellant,

v                                                    SC: 162508
                                                     COA: 347684
                                                     Ct of Claims: 17-000038-MH
UNIVERSITY OF MICHIGAN REGENTS, d/b/a
UNIVERSITY OF MICHIGAN HEALTH
SYSTEM, a/k/a MICHIGAN MEDICINE,
UNIVERSITY OF MICHIGAN MEDICAL
CENTER, and C.S. MOTT CHILDREN'S
HOSPITAL,
         Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the December 10, 2020 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

The appellant shall file a supplemental brief addressing whether the Court of Appeals correctly held that the trial court was not authorized, under MCR 2.311(A), to permit video recording of the neuropsychological examination. The appellant's brief shall be filed by October 25, 2021, with no extensions except upon a showing of good cause. In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellees shall file a supplemental brief within 21 days of being served with the appellant's brief. A reply, if any, must be filed by the

appellant within 14 days of being served with the appellees' brief. The parties should not submit mere restatements of their application papers.

BERNSTEIN, J., did not participate due to a familial relationship.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2021



Clerk

a0623